BRIAN J. STRETCH (CSBN 132612)
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5044
  FAX: (408) 535-5081
  james.scharf@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD R. MISIPPO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. CV 15 3216 KAW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE CASE CAPTION |

    As the United States of America is the only proper defendant in a Federal Tort Claims Act case, 28 U.S.C. Section 2679(a), (b), and (d), the parties stipulate and jointly request that the Court issue the following proposed Order substituting the United States of America for defendant Robert A. McDonald, Secretary of Veterans Affairs.

    Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

Dated: October 14, 2015          /s/ James A. Scharf
                                      JAMES A. SCHARF
                                      Assistant United States Attorney
                                      Attorney for Defendant United States of America

STIPULATION AND [PROPOSED] ORDER RE CAPTION
CV 15 3216 KAW

1  Dated: October 15, 2015           /s/ Chad R. Misippo
                                     CHAD R. MISIPPO
2                                    Plaintiff

3                              [~~PROPOSED~~] ORDER

4       Pursuant to the stipulation of the parties, and based on good cause, it is hereby ordered that

5  United States of America is hereby substituted as the sole defendant in this action. Defendant Robert A.

6  McDonald, Secretary of Veterans Affairs, is hereby dismissed. The Clerk is directed to modify the case

7  caption accordingly.

8  Dated: October 16, 2015

9

10                                     _____
                                       HON. KANDIS A. WESTMORE
11                                     United States District Court Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE CAPTION
CV 15 3216 KAW

2